UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY f/k/a THE AETNA CASUALTY AND SURETY COMPANY, | : : : : | CIVIL ACTION NO.: 3:15-CV-275 (DJS) |
| Plaintiff, | : : | |
| vs. | : : | |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INSURANCE COMPANY, ARROWOOD INDEMNITY COMPANY, CONTINENTAL CASUALTY COMPANY, INSURANCE COMPANY OF NORTH AMERICA, and ONEBEACON AMERICA INSURANCE COMPANY, | : : : : : : : : | |
| Defendants. | : | APRIL 8, 2016 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Travelers Casualty and Surety Company f/k/a The Aetna Casualty and Surety Company ("Travelers"), and all Defendants (ACE Property & Casualty Insurance Company, Allstate Insurance Company, Arrowood Indemnity Company, Continental Casualty Company, Insurance Company of North America, and OneBeacon America Insurance Company n/k/a Lamorak Insurance Company) hereby stipulate and agree that the above-captioned action is dismissed with prejudice and without costs or attorneys' fees to any party.

-2-

| | |
|---|---|
| PLAINTIFF, TRAVELERS CASUALTY AND SURETY COMPANY f/k/a THE AETNA CASUALTY AND SURETY COMPANY | DEFENDANTS, ACE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, INSURANCE COMPANY OF NORTH AMERICA, and ONEBEACON AMERICA INSURANCE COMPANY, |
| By  /s/ Benjamin H. Nissim | By  /s/ Raymond S. Mastrangelo |
| Thomas O. Farrish (ct26917) Benjamin H. Nissim (ct29501) *tofarrish@daypitney.com* *bnissim@daypitney.com* Day Pitney LLP 242 Trumbull Street Hartford, Connecticut  06103 (860) 275-0100 (860) 275-0343 (fax) Its Attorneys | Lloyd A. Gura (ct18316) Raymond S. Mastrangelo (ct22862) *lgura@moundcotton.com* *rmastrangelo@moundcotton.com* Mound Cotton Wollan & Greengrass LLP 855 Franklin Avenue, Suite 306 Garden City, New York 11530 (516) 417-5700 (516) 741-6831 (Fax) |
| | DEFENDANT, ARROWOOD INDEMNITY COMPANY |
| | By  /s/ Frank F. Coulom, Jr. |
| | Frank F. Coulom, Jr. (ct05230) *fcoulom@rc.com* Robinson & Cole LLP 280 Trumbull Street Hartford, CT  06103 (860) 275-8276 (860) 275-8299 (fax) |

## CERTIFICATION OF SERVICE

      I hereby certify that on April 8, 2016, a copy of foregoing **Stipulation of Dismissal** was filed electronically (and served by mail on anyone unable to accept electronic filing).  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system (or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing).  Parties may access this filing through the Court's system.

                              /s/ Benjamin H. Nissim